Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Gerald P. Guerin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD P. GUERIN,**<br><br>             Plaintiff,<br><br>v.<br><br>**CAVALRY SPV I, LLC; AND LANG, RICHERT & PATCH,**<br><br>             Defendants. | Case No: 5:13-cv-05036-PSG<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. PAUL SINGH GREWAL** |

Plaintiff GERALD P. GUERIN (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendants CAVALRY SPV I, LLC and LANG, RICHERT & PATCH (hereinafter "Defendants") (and jointly hereinafter referred to as "the Parties") with prejudice.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action with prejudice.

Dated: February 3, 2014        **HYDE & SWIGART**

                                      By: /s/ Crosby S. Connolly
                                           Crosby S. Connolly
                                           Attorney for Plaintiff